IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| Petitioner, | § § | |
| v. | § § § § § § § § § § § § | Civil Action No. **3:25-CV-700-L** (Consolidated with Civil Action Nos. 3:25-CV-704-L, 3:25-CV-708-L, 3:25-CV-717-L, 3:25-CV-731-L, 3:25-CV-732-L, 3:25-CV-736-L, 3:25-CV-738-L, 3:25-CV-740-L, 3:25-CV-741-L) |
| **JESSICA P. TRAN; DUKE TRAN; JESSICA P. TRAN** *as Trustee of JPT Trust*; **DUKE TRAN** *as Trustee of DWM Trust*; **and DUKE TRAN** *as Trustee of DNT Trust*, | § § § § § § § | |
| Respondents. | § | |

# ORDER

On June 27, 2025, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 10) was entered, recommending that the court **grant** Petitioner the United States of America's ("Petitioner" or the "Government") Petition to Enforce IRS Summons ("Petition") (Doc. 1). No objections to the Report have been filed, and the 14-day period to object after service of the Report has passed. *See* Fed. R. Civ. P. 72(b)(1)(2); 28 U.S.C. § 636(b)(1)(C).

On April 15, 2025, the court consolidated the nine cases listed in the caption above with this action and ordered Petitioner to file an Amended Consolidated Complaint by April 30, 2025. Doc. 4. Further, as ordered by the court, Petitioner filed its Amended Consolidated Complaint and Petition to Enforce IRS Summonses (Doc. 6) on April 30, 2025. Petitioner seeks an order

Order – Page 1

requiring Respondents to appear, give testimony, and produce certain books, records, and papers. On May 1, 2025, Magistrate Judge Renée Harris Toliver ordered Respondents to appear and show cause why they should not comply with and obey the Internal Revenue Service summonses. After conducting a show cause hearing, the magistrate judge determined that the Government is entitled to enforcement of the summons and recommended that the Petition be granted, Respondents be ordered to appear before an IRS officer to testify and produce the specified documents, and all costs be taxed against Respondents. Respondents failed to appear as ordered at the show cause hearing held on Tuesday, May 27, 2025.

Magistrate Judge Toliver determined that the Government may seek judicial enforcement when a person refuses to obey an IRS summons. Report 2. The Government must establish its prima facie case for enforcement of the summons by showing that the summons was issued in good faith. *Id.* The magistrate judge found that "the declaration of the Revenue Agent established that the IRS needs the information summonsed and that the information may be relevant to the examination of Respondents' assets in relation to their ability to satisfy outstanding tax liabilities." *Id.* at 3. Further, she determined that the declaration was sufficient for the Government to meet its burden of establishing a legitimate purpose for issuing the summonses and that the information may be relevant for such purpose. *Id.* Magistrate Judge Toliver concluded that the summonses were issued in compliance with all applicable statutes, rules, and regulations. *Id.* Accordingly, the magistrate judge recommends that the court **grant** the Petition and **order** Jessica P. Tran and Duke Tran to appear before Revenue Agent Ellis Smith, Jr., or another officer of the Internal Revenue Service, at 1100 Commerce Street, Dallas, Texas, on **Monday, July 28, 2025, at 10:00 a.m.** to testify and produce all books, papers, and records specified in the summonses attached to the Petition of the United States of America filed.

**Order – Page 2**

Having reviewed the Petition, file, record, and the Report in this case, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. Accordingly, the court **grants** the Petition to Enforce IRS Summons (Doc. 1) and **orders** Respondents Jessica P. Tran and Duke Tran to appear before Revenue Agent Ellis Smith, Jr., or another officer of the Internal Revenue Service, at 1100 Commerce Street, Room 1021, Dallas, Texas, on **Tuesday, September 2, 2025, at 10:00 a.m.** to testify and produce all books, papers, and records specified in the summonses attached to the Petition of the United States of America filed in this matter. All court costs are taxed against Respondents.

**As previously stated, Respondents did not appear at the Show Cause Hearing on May 27, 2025, as ordered by Magistrate Judge Toliver. Accordingly, if either Respondent fails to appear physically at the hearing on September 2, 2025, the court will issue a warrant for his or her arrest and order him or her to show good cause why he or she should not be held in civil contempt of court, and legally permissible sanctions should not be imposed against him or her.**

**It is so ordered** this 6th day of August, 2025.

Sam A. Lindsay
United States District Judge